XAVIER BECERRA
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
ROSE B. FUA, State Bar No. 119757
HEATHER C. LESLIE, State Bar No. 305095
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7832
  Fax: (916) 327-2319
  E-mail: Heather.Leslie@doj.ca.gov
*Attorneys for California Department of Toxic Substances Control*

**FILED**
**Feb 19, 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF BENICIA,**<br><br>Defendant. | 2:18-CV-02952-JAM-AC<br><br>[~~PROPOSED~~] **ORDER AND JUDGMENT**<br><br>Date: February 19, 2019<br>Time: 1:30 p.m.<br>Dept: 6<br>Judge: John A. Mendez<br>Trial Date: None set.<br>Action Filed: November 9, 2018 |

Pursuant to the motion of the Plaintiff, the California Department of Toxic Substances Control ("DTSC"), and for good cause shown, the Court finds that the Consent Decree between DTSC, and the Defendant, the City of Benicia, is fair, reasonable, and consistent with the objectives of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601-9675. Accordingly, the Consent Decree as attached hereto is approved and entered as a judgment of the Court.

///

1 | IT IS SO ORDERED, ADJUDGED, AND DECREED:
2 |
3 | Dated: February 19, 2019        [signature]
4 |                                 Hon. John A. Mendez
5 |                                 United States District Court